**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND ET AL,

                 Petitioner,                 21 **CIVIL** 2408 (ALC)

    -against-                                      **<u>JUDGMENT</u>**

EXTERIOR ERECTING SERVICES, INC.,

                 Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 5, 2022, the Court has granted the petition, the award is confirmed, and judgment is entered in Petitioners' favor as follows: 1. Petitioners are awarded $392,606.86, as against Respondent, representing the Awards plus interest from the date of the Awards through the date of judgment to accrue at the annual rate of 5.25% pursuant to the Awards, in the amount of $38,569.59; 2. Petitioners are awarded $75 in court costs and service fees arising out of the proceeding; 3. Petitioners are awarded $3,714.50 in attorney's fees arising out of the proceeding; and 4. Petitioners are awarded post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:**  New York, New York
          October 5, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                          **BY:**       *K. Mango*
                                                        **Deputy Clerk**